UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN - 8 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Antonio Garfield Ramsey,       )
                               )
  Plaintiff,                   )
                               )
  v.                           )   Civil Action No. 13 0023
                               )
Federal Government,            )
                               )
  Defendant.                   )
_____)

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff, a District of Columbia resident, is suing the "federal Government." The handwritten complaint consists of one cryptic sentence that is difficult to decipher. Plaintiff appears to allege that he was arrested in "August 96," questioned about a rape, and released the same day. He also claims that his driver's license was not returned to him and mentions identity theft. Plaintiff has not demanded any relief. Simply put, the complaint is devoid of facts to support a cognizable claim. *See Aktieselskabet AF 21. Nov. 2001 v. Fame Jeans, Inc.*, 525 F.3d 8, 16 n.4 (D.C. Cir. 2008) ("We have never accepted 'legal conclusions cast in the form of factual allegations' because a complaint needs some information about the circumstances giving

rise to the claims.") (quoting *Kowal v. MCI Commc'ns Corp.*, 16 F.3d 1271, 1276 (D.C. Cir. 1994)).  A separate Order of dismissal accompanies this Memorandum Opinion.

Date:  January 3, 2013

United States District Judge